**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.: 14-cv-02912-REB-MJW

CARLOS ALCARAZ,

      Plaintiff,

v.

BONDED BUSINESS SERVICES, LTD.,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

      The matter is before me on the **Notice of Voluntary Dismissal (Unlawful Debt Collection Practices)** [#20][1] filed April 2, 2015.  After careful review of the notice and the file, I conclude that the notice should be approved and this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Notice of Voluntary Dismissal (Unlawful Debt Collection Practices)**, is approved; and

      2.  That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

      Dated April 6, 2015, at Denver, Colorado.

                                                  **BY THE COURT:**

                                                  Robert E. Blackburn
                                                  United States District Judge

---

[1] "[#20]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.